# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2016

## NO. 03-15-00068-CR

**Karl Dean Stahmann, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment revoking community supervision signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment revoking community supervision. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.